UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LATRIECE WILLIAMS, Plaintiff, v. STUBHUB HOLDINGS, Defendant. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)** Case No. 2:24-cv-00476 District Judge Tena Campbell Magistrate Judge Daphne A. Oberg |

Plaintiff Latriece Williams has filed a Motion to Proceed *In Forma Pauperis* (Doc. No. 1).

Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[1] To proceed *in forma pauperis* under § 1915, Ms. Williams must show a financial inability to pay the required filing fee.[2] Ms. Williams reports her gross monthly income exceeds 200% of the Federal Poverty Guidelines based on her household size, and therefore she has not shown a financial inability to pay the required filing fee.[3]

Accordingly, the undersigned RECOMMENDS the district judge DENY the

---

[1] 28 U.S.C. § 1915(a)(1).

[2] *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

[3] *See* DUCivR 3-2(a)(1)(A) ("To qualify [to proceed In Forma Pauperis], a party's total monthly income must be equal to or below 200% of the United States poverty guideline.").

1

motion.  The undersigned further RECOMMENDS Ms. Williams be given thirty (30) days to pay the filing fee.

The court will send this Report and Recommendation to Ms. Williams, who is notified of her right to object to it.[4]  Ms. Williams must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.[5]  Failure to object may constitute waiver of objections.

DATED this 16th day of July, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[4] *See* 28 U.S.C. § 636(b)(1)(C); Fed R. Civ. P. 72(b)(2).

[5] *Id.*