IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LATRIECE WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STUBHUB HOLDINGS,<br><br>　　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:24-cv-00476-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

On July 16, 2024, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R) recommending that the court deny Plaintiff Latriece Williams's motion to proceed in forma pauperis and give Ms. Williams 30 days to pay the required filing fee. The parties were given 14 days to file objections to the R&R. Nothing has been filed, and the time for objecting has passed.

The court has reviewed the R&R for clear error, as required by Rule 72 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 72 Advisory Committee Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Based on Ms. Williams's failure to show a financial inability to pay the required filing fee, the court agrees with Judge Oberg's recommendation and adopts the R&R (ECF No. 7) in its entirety.

**ORDER**

The court ADOPTS Judge Oberg's R&R (ECF No.7).  Ms. Williams's motion to proceed in forma pauperis (ECF No. 1) is DENIED.  Ms. Williams has 30 days to pay the required filing fee.

DATED this 31st day of July, 2024.

BY THE COURT:

_Tena Campbell_
Tena Campbell
United States District Judge